UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SARA FRANKLIN, et al., ) | Case No. 1:14CV2495 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | Magistrate Judge K. McHargh |
| DeVRY EDUC. GROUP, LLC, ) | |
| et al., ) | |
| ) | JUDGMENT |
| Defendants. ) | |
| ) | |

For the reasons set forth in the Memorandum and Order filed July 16, 2015, the Court GRANTS defendant DeVry's motions to dismiss (doc. 16, 29) as unopposed. DeVry's earlier motion to dismiss (doc. 4) is DENIED as moot. The court also GRANTS defendant Met Life's motion to dismiss (doc. 28), without prejudice, as unopposed.

IT IS SO ORDERED.

July 16, 2015                              *s/Kenneth S. McHargh*
                                           Kenneth S. McHargh
                                           United States Magistrate Judge